IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN
DISTRICT OF TEXAS DALLAS
DIVISION

| | | |
|---|---|---|
| MILO H. SEGNER, JR., | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:14-cv-2178- |
| | § | |
| WORKMAN SECURITIES CORP. and, | § | |
| DEWAAY FINANCIAL NETWORK, | § | |
|     Defendant. | § | |

## STATUS REPORT

Pursuant to the Court's April 18, 2016 order, the Trustee submits this Status Report to inform the Court of the status of the case every 45 days from the date of the filing of his last status report on April 25, 2016.

The Trustee and the remaining Defendant – DeWaay Financial Network – conferred and filed a Joint Status Report outlining a agreed proposed scheduling order to prepare this case for a trial in September, 2016. The Joint Status Report was filed on May 6, 2016 and is Docket Entry No. 17.

The Court entered a Scheduling Order on May 9, 2016, which set the case for trial on the Court's four-week docket beginning September 19, 2016.

The parties continue to discuss settlement and note that a mediation deadline is set for July 1, 2016.

Respectfully submitted,

*/s/ Andrew B. Sommerman*
Andrew B. Sommerman
State Bar No. 18842150
Sean J. McCaffity
State Bar No. 24013122
smccaffity@textrial.com
**Sommerman, McCaffity & Quesada, L.L.P.**
3811 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
214-720-0720
214-720-0184 (fax)

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to counsel of record in this cause pursuant to and in accordance with the Federal Rules of Civil Procedure via ECF and e-mail on June 2, 2016.

*/s/ Sean J. McCaffity*
Sean J. McCaffity

- 2 -